**Order filed, January 24, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00031-CV

_____

**PEDIATRICS COOL CARE, JOSE J. SALGUERO, M.D. PA, JOSE J. SALGUERO, MA, JENELLE ROBINSON, PA-C, AND ALLYN KAWALEK, RN, FNP-BC, Appellant**

**V.**

**GINGER THOMPSON, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF AVERY WASHINGTON (DECEASED), AND BRAD WASHINGTON, Appellee**

---

**On Appeal from the 40th District Court
Ellis County, Texas
Trial Court Cause No. 88970**

---

## ORDER

The reporter's record in this case was due **January 23, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michele McManus**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM